IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | NO. 3:09-CV-210 |
| V. | ) | (Phillips) |
| | ) | |
| MARY L. REED, | ) | |
| Defendant. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion for summary judgment filed by the United States [Doc. 7] is **GRANTED**.

The United States is **GRANTED JUDGMENT** against Mary L. Reed in the principal amount of $19,603.99 plus interest, which has accrued through September 29, 2008, in the amount of $3,434.53 and which continues to accrue, and administrative charges in the amount of $7,362.83, plus costs.

The trial scheduled for February 22, 2012 is **CANCELLED.**

**IT IS SO ORDERED.**

ENTER:

    s/ Thomas W. Phillips
United States District Judge